**Erick Ivan Duran CORTE, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–74855.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Gabriela Kreutzer, Esq., Los Angeles, CA, for Petitioner.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

CAC—District Counsel, Esq., Office of The District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

### MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard); *see also Falcon Carriche v. Ashcroft,* 350 F.3d 845 (9th Cir. 2003); *Jimenez–Angeles v. Ashcroft,* 291 F.3d 594, 602–03 (9th Cir.2002). Accordingly, this petition for review is denied.

All other pending motions are denied as moot.

### PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).